IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 2 8 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BELINDA SUMRALL | CIVIL ACTION<br>CA 06-00936 |
| Plaintiff | |
| VS. | JUDGE<br>A.J. MCNAMARA |
| KIM DESERIO, CLAIRE B.M. PROFFITT,<br>CINDY K. WILSON, DAWN WILCOX,<br>MONTGOMERY COUNTY SPCA, INC.<br>a Maryland Corporation, and JANE DOE | MAGISTRATE<br>KAREN WELLS ROBY<br><br>PROPOSED O R D E R |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter is before this Court pursuant to Defendants' Ex Parte Motion for Expedited hearing regarding MOTION REQUESTING STAY OF REMAND/TRANSFER. After considering the same, and for good cause shown, it is hereby

**IT IS HEREBY ORDERED**, that the Motion for Expedited Hearing is Granted.

New Orleans, Louisiana this _____ day of _____, 2006.

A.J. MCNAMARA
United States District Judge

Proposed Order submitted by:
Marie Riccio Wisner, T.A.
Bar No. 11214
700 Camp Street
New Orleans, La. 70130
Tel: (504) 528-9500
Attorney For Defendants

*Handwritten annotation:* Both Motion for Expedited Hearing and Motion for Stay are DENIED. [signature] 3/28/06

___ Fee ____
___ Process ____
X  Dktd ____
✓  CtRmDep ____
___ Doc. No. ____

1